United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 15, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51358
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

AURELIANO AGUILAR-TAPIA

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, Del Rio
----------------------

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[1]

IT IS ORDERED that appellee's unopposed motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that appellee's unopposed motion to remand case to the district court for resentencing is GRANTED.

---

[1]Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

1

IT IS FURTHER ORDERED that appellee's unopposed alternative motion to extend time to file appellee's brief until 14 days after denial of the motion to vacate and remand is DENIED.